IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Ronald Austin Moseley )
Full name and prison number )
of plaintiff(s) )
)
v. )
)
Arthur Horton )      CIVIL ACTION NO. 2:06 cv 539-MHT
Felisha Blanding )      (To be supplied by Clerk of
Kendrick Boyd )       U.S. District Court)
Wesley Mitchell )
Charles Bromley Et al., )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

(Defendants Was Acting under Color of State Law)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✗)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✗)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

   Plaintiff(s) __N/A__

   Defendant(s) __N/A__

2. Court (if federal court, name the district; if state court, name the county) __N/A__

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Elmore Correctional Facility__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __Elmore Correctional Facility__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Arthur Horton   P.O. Box 8 Elmore Corr. Facility
2. Felisha Blanding   P.O. Box 8 Elmore Corr. Facility
3. Kendrick Boyd   P.O. Box 8 Elmore Corr. Facility
4. Wesley Mitchell   P.O. Box 8 Elmore Corr. Facility
5. Charles Bromley   P.O. Box 8 Elmore Corr. Facility
6. Et al.,

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __MAY 5th 2006__

2

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: "Please See Attachments"

SUPPORTING FACTS: ( Hereto: For Grounds )

"  "  "

"  "  "

"  "  "

GROUND TWO: "Please See Attachments"
( Hereto: For Grounds )

SUPPORTING FACTS:

"  "

"  "

Plaintiff

3

"It is declared by this Plaintiff, that My Constituional" Rights was Extremely violated on May 5th 2006, tremendously by all Named Defendants above, When this Plaintiff was Brutally Beaten, with unnecessary and excessive force, inflicting Premanent injury to Plaintiff.

"<u>Details</u> of the incident which occurred on May 5th 06 As transpired within its Work Case Scenario as to the following:

I was standing in B2-Dorm telling Sgt. Horton About Off. Woods jumping on Inmate Crow, when Off. Mitchell snuck in behind the other Off's and jump on my Back with his Baton around My Neck and slam me to the Floor, Damaging My Back & Neck, Off. Battonman tried to keep my Head from Hitting the bunk. Then I went to the shift Office and was sitting there quite, when Off. Boyd told us to shut up, I told him I didn't say anything, then he jump up in my Face, And the other Off's came around And Sgt. Blanding told Me to shut up, I told her to shut the Fuck up, that's when Sgt. Horton shoulder Hit me, Off. Boyd & the Rest of them slam Me to the Floor Kick Me and stomp Me, Hand cuff Me, Kick Me, Shackle Me & Kick Me, cause My Feet was under the bench I couldn't move, wasn't trying too. In the Process they Damage My Back, Neck, Feet, Hands,

"Please order the Defendants to Submit all Medical Reports, Where that I AM currently going through Physical examination determing the Damages and injury resulted from the Defendants Beating Plaintiff.

6-14-06                    Ronald Austin Moseley #132340

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I Plaintiff desires for the Court to declare that the Defendants Violated Plaintiffs Constitutional Rights, And that the Court Award Plaintiff The Sum of $200,000,000 °° and any Further Just this Honorable Court deem proper And Necessarry etc.

_Ronald Austin Moseley #132340_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
(Date)

_Ronald Austin Moseley #132340_
Signature of plaintiff(s)

4