**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Wesley Mitchell
Elmore Correctional Facility
P. O. Box 8
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature: Jackie Cooper]*
☐ Agent
☐ Addressee

B. Received by (Printed Name): Jackie Cooper
C. Date of Delivery: 6/27/0[?]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

po cmp
06cv 539

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0002 3461 0805

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540