■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.

Felisha Blanding
Elmore Correctional Facility
P. O. Box 8
Elmore, AL 36025

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

06cv539
PO+cmp

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article (Transfer from...)
7005 1820 0002 3461 0829

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540