**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Charles Bromley
Elmore Correctional Facility
P. O. Box 8
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Diana Cooper_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
_Jackie Cooper_   6/27/06

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

_Dear po + crm_

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1820 0002 3461 0799

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540