IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

RONALD AUSTIN MOSELEY, #132 340    *

    Plaintiff,    *

        v.    *    2:06-CV-539-MHT

ARTHUR HORTON, *et al.*,    *

    Defendants.    *

_____

**ORDER**

On June 26, 2006 the court entered an order directing Defendants to file an answer and written report in response to the allegations presented in the instant complaint. (Doc. No. 4.) Defendants were directed to file their answer and written report within 40 days of the court's June 26, 2006 order. (*Id*.) A review of the file reflects that Defendants have failed to comply with the June 26 order of the court. Defendants, therefore, shall be directed to show cause why they failed to comply with the order of this court.

Accordingly, it is ORDERED that:

1. On or before August 28, 2006 Defendants shall SHOW CAUSE why they failed to file an answer and written report in compliance with the order entered on June 26, 2006; and

2. On or before August 28, 2006 Defendants shall FILE an answer and written report as directed by court order entered on June 26, 2006.

The Clerk is DIRECTED to furnish a copy of this order to the General Counsel for the Alabama Department of Corrections and the Attorney General for the State of Alabama.

Done this 18th day of August, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE