**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **RONALD AUSTIN MOSELEY, #132340** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **VS.** ) | **CASE NO.: 2:06-CV-539-MHT** |
| ) | |
| **ARTHUR HORTON, et al.** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANTS' RESPONSE TO SHOW CAUSE ORDER**
**AND MOTION FOR EXTENSION OF TIME**

     **COMES NOW** undersigned counsel, and responds to the Court's Order to show Cause as follows:

     1.     On June 26, 2006, this Court entered an Order requiring the Defendants to file an Answer and Special Report within 40 days of the June 26, 2006 Order.

     2.     The failure to file the Answer and Special Report by the original deadline as ordered was due to an unintentional clerical error.  The Order appears to have been placed directly in the undersigned counsel's inbox prior to the appropriate dates being placed on his calendar for response.

     3.     This case was placed on the office's administrative case list for representation of the Defendants, but was not placed on the undersigned counsel's case list.

     4.     Undersigned counsel did not review the June 26, 2006, Order until he received the Order to Show Cause issued by the Court on August 18, 2006.

5.      Counsel requests an additional 30 days from today's date to file the Answer and Special Report of Defendants.

6.      Plaintiff will not be prejudiced by the delay.


Respectfully submitted on this 23rd day of August, 2006.


Troy King (KIN047)
Attorney General


s/ *J. Matt Bledsoe*
J. Matt Bledsoe (BLE006)
Assistant Attorney General
Counsel for Defendants


ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 342-7443
(334) 242-2433 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 23rd day of August, 2006, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Ronald Austin Moseley, #132340
Elmore Correctional Facility
PO Box 8
Elmore, AL  36025

s/*J. Matt Bledsoe*
J. Matt Bledsoe (BLE 006)
Assistant Attorney General