IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

RONALD AUSTIN MOSELEY, #132 340    *

    Plaintiff,    *

        v.    *    2:06-CV-539-MHT

ARTHUR HORTON, *et al.*,    *

    Defendants.    *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 11) is GRANTED; and

2. Defendants are GRANTED an extension from August 28, 2006 to September 27, 2006 to file their answer and written report.

Done this 30th day of August, 2006.

                /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE