**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **RONALD AUSTIN MOSELEY, #132340 )** | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **VS.** ) | **CASE NO.: 2:06-CV-539-MHT** |
| ) | |
| **ARTHUR HORTON,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

## ANSWER

**COME NOW**, the Defendants, **Arthur Horton, Felisha Blanding, Kendrick Boyd, Charles Bromley, and Wesley Mitchell,** by and through Attorney General Troy King via undersigned counsel, and in accordance with this Honorable Court's Order of June 26, 2006, do hereby submit the following Answer to Plaintiff's Complaint.

1. Defendants admit that Plaintiff was restrained after exhibiting aggressive behavior, but deny the remaining allegations in Plaintiff's Complaint and demand strict proof thereof.

2. Defendants deny violating Plaintiff's constitutional rights.

3. Defendants deny all allegations not expressly admitted herein.

## DEFENSES

1. Plaintiff has failed to state a claim upon which relief may be granted.

Case 2:06-cv-00539-MHT-CSC    Document 13    Filed 09/27/2006    Page 2 of 3

2.    Defendants named in their official capacities are immune by virtue of sovereign immunity.

3.    Defendants named in their individual capacities are immune by virtue of qualified immunity.

4.    Should this Court determine that the prisoner has raised state claims, Defendants are immune from suit by virtue of State-agent immunity.

5.    Defendants assert contributory negligence.

6.    Defendants assert assumption of the risk.

7.    Defendants did not violate Plaintiff's constitutional rights.

8.    Defendants assert mistake of identity.

9.    Plaintiff has failed to allege facts sufficient to support an excessive force claim.

10.   Plaintiff has failed to state a claim upon which relief can be granted.


RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL
(KIN047)


s/ *J. Matt Bledsoe* _____
J. Matt Bledsoe (BLE 006)
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7554
(334) 242-2433 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 27th day of September, 2006,

served a copy of the foregoing upon the Plaintiff, by placing same in the

United States Mail, postage prepaid and properly addressed as follows:

Ronald Austin Moseley, #132340
Elmore Correctional Facility
PO Box 8
Elmore, AL  36025

s/ *J. Matt Bledsoe*_____
J. Matt Bledsoe (BLE 006)
ASSISTANT ATTORNEY GENERAL