IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONALD AUSTIN MOSELEY, 132340      :
                                        :

  Plaintiff,                          :
                                        :

        v.                          : Civil Action No. 2:06-CV-539-WHT
                                        :

ARTHUR HORTON, et al.,          :
                                        :

Defendants.                       :

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at

Large, personally appeared Arthur Horton, who being known to me and being by me first

duly sworn, deposes and says:

My name is Arthur Horton. I am currently employed with the Alabama Department of

Corrections as a Correctional Officer II (Sergeant) at Elmore Correctional Facility in Elmore,

Alabama. I am over twenty-one (21) years of age.

I was on duty at Elmore Correctional Facility on May 5, 2006 at approximately 9:50 p.m.

when an incident took place in the B Dorm cubicle between an officer and an inmate. This incident

caused some of the inmates in B2 Dorm to become unruly. Some of the inmates left the dorm and

tried to go to the shift office to speak to a supervisor. An officer who had been relieved of his

duties on the second shift was on the yard and called for assistance.

Sgt. Felicia Blanding and I responded to the incident. We saw the inmates outside the dorm

attempting to go to the shift office. These inmates were instructed to return to the dorm, and they

complied. When I entered B2 Dorm, there were 30 to 40 inmates complaining and yelling words to

the effect "that was wrong." I did not know at that time what had upset the inmates. Sgt. Blanding

1



and I, with several officers present, instructed the inmates to go to their bunks. They slowly began to go to their bunks. I walked between the aisle of bunks and told inmate Ronald Moseley to go to his bunk. Inmate Moseley said in a loud voice, "I wish that mother fucker would put his hands on me. Fuck nigger." Due to the fact that there are 196 inmates housed in B2 Dorm, inmate Moseley's statement could have made a bad situation turn worse. I took hold of inmate Moseley, using an escort hold, and at the same time ordered inmate Moseley to leave the dorm. As I instructed an officer to escort inmate Moseley out of the dorm, inmate Moseley pulled away. At that point it appeared that Officer Wesley Mitchell tried to get control of inmate Moseley, and they ended up lying on the floor with Officer Wesley Mitchell on top of inmate Moseley. Inmate Moseley was eventually escorted out of the dorm and taken to the inmate waiting room. Once the dorm settled down, several officers were instructed to remain in there.

I instructed three inmates to come to the inmate waiting room to give a statement. When I left the dorm, I went to the shift office with Officer Frederick Woods to question him about how the incident started. While I was questioning Officer Woods, I heard Officer Kendrick Boyd tell inmate Moseley several times to be quiet. Officer Boyd, inmate Moseley and the other witnesses were in the inmate waiting room. Sgt. Blanding, who was sitting in the shift office, got up and entered the inmate waiting room and ordered inmate Moseley to be quiet. I entered the inmate waiting room shortly thereafter and witnessed inmate Moseley, who was sitting on the edge of the bench, lean forward in a quick motion and yell at Sgt. Blanding to "shut the fuck up." I perceived inmate Moseley's behavior to be an aggressive act toward Sgt. Blanding, but not knowing what his intentions were. I chose to take action and pushed inmate Moseley back against the wall with my forearm. (It should be noted that inmate Moseley is serving time for two charges of Attempt to

Commit Murder. He got 15 years for one charge and 25 for the other, which run concurrent. It should also be noted that inmate Moseley has had numerous disciplinary actions in the past.)

Inmate Moseley was taken to the Health Care Unit located at Staton Correctional Facility, where he was examined by the medical staff. If inmate Moseley had been stomped and kicked, as he claims, the medical staff would have noted such on his body chart.

I deny that inmate Moseley was stomped and kicked. It was necessary to restrain inmate Moseley due to his non-compliance with verbal orders and the physical aggression he showed toward Sgt. Blanding. The minimum force necessary was used to gain control over inmate Moseley. All use of force ceased immediately after inmate Moseley was under control. Inmate Moseley was assisted with getting up off the floor and was allowed to sit on the bench.

I deny that I violated any of inmate Moseley's constitutional rights. All actions on my part were in the course, line and scope of my duties as a Sergeant with the Alabama Department of Corrections.

ARTHUR HORTON

STATE OF ALABAMA:

COUNTY OF ELMORE:

Sworn to and subscribed before me and given under my hand and official seal on this the 7th day of July, 2006.

NOTARY PUBLIC

My Commission expires February 3, 2007

3