IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONALD AUSTIN MOSELEY, 132340 :

   Plaintiff, :

v. : Civil Action No. 2:06-CV-539-WHT

ARTHUR HORTON, et al., :

   Defendants. :

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Felisha Blanding, who being known to me and being by me first duly sworn, deposes and says:

My name is Felisha Blanding. I am currently employed with the Alabama Department of Corrections as a Correctional Officer II (Sergeant) at Elmore Correctional Facility in Elmore, Alabama. I am over twenty-one (21) years of age.

On May 5, 2006 I was assigned as Shift Commander on the third shift at Elmore Correctional Facility. At approximately 9:50 p.m., which is ten (10) minutes before my duty hours were to begin, a call for assistance in B2 Dorm was sent out. I responded to the call.

Several inmates assigned to B2 Dorm were in front of the dorm shouting about an alleged incident that occurred in the dorm. The inmates were instructed to go inside the dorm, but several of them continued to be loud and unruly. These inmates were escorted to the Administrative Building inmate waiting room. Inmate Ronald Moseley, 132340, was one of these inmates.

Officer Kendrick Boyd, a third shift officer, was standing in the hall between the shift office and the inmate waiting room. Inmate Moseley was talking loudly, using profanity and was



very agitated. Officer Boyd told inmate Moseley to be quiet, and inmate Moseley only became more agitated toward Officer Boyd. I went into the inmate waiting room and told inmate Moseley to shut up. Inmate Moseley said in a loud voice, "No, you shut up. You shut the fuck up," and started to get up off the bench on which he was sitting. In the meantime, Sgt. Arthur Horton had entered the inmate waiting room. Sgt. Horton grabbed inmate Moseley, and inmate Moseley pulled away from Sgt. Horton. Officer Boyd then grabbed inmate Moseley. Officer Patrick Lucas and Officer Richard Story assisted Officer Boyd with taking inmate Moseley to the floor and putting handcuffs and leg irons on him. After inmate Moseley stopped resisting and quieted down, he was helped up off the floor and sat back down on the bench.

It is Alabama Department of Corrections policy that when it is necessary to use force on an inmate, the inmate is to be taken to the Health Care Unit to be examined. Inmate Moseley was escorted to the Health Care Unit located at Staton Correctional Facility, where he was treated by the medical staff and released to return to population at Elmore Correctional Facility.

Only the minimum force necessary was used to get control over inmate Moseley.

I have no further knowledge of this incident.

I deny that I violated any of inmate Moseley's constitutional rights. All actions on my part were in the line, course and scope of my duties and responsibilities as a Sergeant with the Alabama Department of Corrections.

_____
FELISHA BLANDING

STATE OF ALABAMA:
COUNTY OF ELMORE:

Sworn to and subscribed before me and given under my hand and official seal on this the _____ day of July, 2006.

_____
NOTARY PUBLIC

My Commission expires _____