IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD AUSTIN MOSELEY, 132340 | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:06-CV-539-WHT |
| ARTHUR HORTON, et al., | : |
| Defendants. | : |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Kendrick Boyd, who being known to me and being by me first duly sworn, deposes and says:

My name is Kendrick Boyd. I am currently employed with the Alabama Department of Corrections as a Correctional Officer I at Elmore Correctional Facility in Elmore, Alabama. I am over twenty-one (21) years of age.

On May 5, 2006 I was assigned as dorm rover on the third shift at Elmore Correctional Facility. At approximately 10:00 p.m., as I exited the Administrative Building, I noticed Sgt. Arthur Horton and Sgt. Felisha Blanding escorting some inmates toward the Administrative Building. The inmates were Ronald Moseley, 132340, Anthony Crowe, 244898, and another inmate whose name I cannot recall. These inmates were told to sit in the inmate waiting room. I was instructed to stay in the Administrative Building while these inmates were in the waiting room.

I was standing in the hall between the inmate waiting room and the shift office talking to Sgt. Blanding. Inmate Crowe kept saying, "Hey man, I need to tell you something." I told inmate



Crowe to wait a minute. At this time inmate Moseley said, "Who the fuck are you talking to." I told inmate Moseley to watch his mouth and lower his voice. Inmate Moseley then said, "Well you need to say who the fuck you are talking to." I then stepped into the waiting room and again told inmate Moseley to watch his mouth and lower his voice. At this time Sgt. Arthur Horton, Sgt. Felisha Blanding and Officer Patrick Lucas entered the inmate waiting room. Inmate Moseley said, "You need to watch your fucking mouth." Sgt. Blanding told inmate Moseley to be quiet; and inmate Moseley said to Sgt. Blanding, "You shut the fuck up," and started to get up off the bench where he was sitting. Sgt. Horton tried to grab inmate Moseley, but inmate Moseley pulled away from him. I grabbed inmate Moseley from behind and forced him to the floor. Officer Richard Story put handcuffs on inmate Moseley. Inmate Moseley calmed down and was helped up off the floor and sat back down on the bench. I then went to my assigned post.

Only the minimum force necessary was used to get control over inmate Moseley.

I have no further knowledge of this incident.

I deny that I violated any of inmate Moseley's constitutional rights. All actions on my part were in the line, course and scope of my duties and responsibilities as a Correctional Officer with the Alabama Department of Corrections.

_Kendrick Boyd_
KENDRICK BOYD

STATE OF ALABAMA:
COUNTY OF ELMORE:

Sworn to and subscribed before me and given under my hand and official seal on this the 10th day of July, 2006.

_Cassandra J. Johnson_
NOTARY PUBLIC

My Commission expires 12/06/08

2