IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD AUSTIN MOSELEY, 132340 | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:06-CV-539-WHT |
| ARTHUR HORTON, et al., | : |
| Defendants. | : |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Wesley Mitchell, who being known to me and being by me first duly sworn, deposes and says:

My name is Wesley Mitchell. I am currently employed with the Alabama Department of Corrections as a Correctional Officer I at Elmore Correctional Facility in Elmore, Alabama. I am over twenty-one (21) years of age.

On May 5, 2006 at approximately 10:00 p.m., I was assigned to the third shift and had relieved second shift officers in A-Dorm when I heard a radio transmission that officers were needed on the yard. I responded to the call. I observed numerous inmates in front of B-Dorm. When I got to B-Dorm, several officers were trying to restore order by getting the inmates back inside the dorm. As the inmates went into the dorm, several of them stayed in the front of the dorm instead of going to their bunks as ordered. These inmates were still very loud and unruly. At this point, inmate Ronald Moseley, 132340, rushed toward me with his arm raised above his head as if he was going to hit someone. Inmate Moseley was yelling, "You bunch of fat bastard niggers." When inmate Moseley got near me, I grabbed his right arm and forced it behind his back. As I did



EXHIBIT D

1

this, inmate Moseley's weight shifted and we both fell to the floor. Inmate Moseley landed on top of me. At this point, several officers subdued inmate Moseley and escorted him to the shift office.

I do not carry a baton; therefore, I could not have used a baton to choke inmate Moseley as he claims.

I deny that I violated any of inmate Moseley's Constitutional rights. All action on my part was in the line, course and scope of my duties and responsibilities as a Correctional Officer I with the Alabama Department of Corrections.

                                               _Wesley Mitchell_
                                               WESLEY MITCHELL

STATE OF ALABAMA:

COUNTY OF ELMORE:

Sworn to and subscribed before me and given under my hand and official seal on this the 14th day of July, 2006.

                                               NOTARY PUBLIC

My Commission expires  10/29/06

2