IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD AUSTIN MOSELEY, #132340, )<br>)<br>    Plaintiff, )<br>)<br>v.    )<br>)<br>ARTHUR HORTON, *et al.*, )<br>)<br>    Defendants. ) | CIVIL ACTION NO. 2:06cv539-MHT |

## ORDER

On October 31, 2006 (doc. no. 16), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby adopted and that this case be and is hereby DISMISSED without prejudice for the plaintiff's failure to prosecute this action and his failure to comply with the orders of the court.

DONE, this the 20th day of November, 2006.

                              /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE